In The Case of (CA 06-221 S)

Joseph Randall V. The F.B.I. and Montgomery County P.D. and/or Former Police Chief, Charles Moose.

I Wish to object and appeal the Report And Recommendation Submitted by David L. Martin, (United States Magistrate Judge) dated May 17, 2006. Case 06-221 S

It Seems my application to File a Civil Suit against The F.B.I., Montgomery County P.D. and/or Former Police Chief, Charles Moose was denied on the basis the Statute of limitations has expired. It is true that I have stated the information I tried to Convey to those investigating the Washington DC. Sniper Crime, Could have led to his arrest in The First week of October 2002. However, Former Police Chief Charles Moose, (Lead investigator) in the DC. Sniper's crime, or anyone I knew of, did not speak or release details that led to the Capture of John Muhammed (The sniper) until October 2003. A Full year after the arrest of John Muhammed. Charles Moose stated that he did not Want to speak of The details That led to the arrest of John Mohammed until his trial began which began in October 2003. Further more, When Charles Moose Was asked about the reward Money For the truck driver Who spotted the Sniper's vehicle Charles moose stated his priority...

wasn't the reward money and the truck driver would have to wait anyway, because there were others in line for the reward, because they came before him. Therefore, the information I gave him, led me to believe it helped solve the crime. It was a little over a year when Charles Moose began speaking of the crime, when the reward money was paid, and when his book was published and TV movie was made, did I become aware the information I tried to convey was ignored. I had no way of knowing prior to then, that my information was ignored. Which I feel places me well within the statute of limitation.

As for the FBI.. During the time John Muhammed was committing his crime, I called the "FBI" tipline with my suspicion. Sometime in 2004 and 2005, I uncovered more information that I felt definately linked John Muhammed to the anthrax crime. It was then that I went to the local FBI office, and provided them with the information I uncovered. I also called the Federal FBI office a numerous amount of times between 2004 and 2005, each time getting the runaround and promises that someone would get in touch with me. Several times between 2004 and 2005. I provided the local FBI with information I know links John Muhammed to the anthrax crime...

Mead

... I have not heard From any FBI OFFicial despite my many attempts. I Feel the FBI is in a verbal breach OF Contract in Their promise OF a reward, and it's Why They refuse to acknowledge the inFormation I gave them. I Feel my many attempts between 2004 and 2005 Still places me within the statute OF limitations and request That my Case go Forward

[signature] (5/22/06)

Joseph Randall
23 Earl St. Providence, RI. 02907

Mead