UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH RANDALL ) | |
| ) | |
| v. ) | C.A. No. 06-221S |
| ) | |
| FBI, ET AL. ) | |

### ORDER

The Report and Recommendation of United States Magistrate David L. Martin filed on May 17, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Application to Proceed Without Payment of Fees is DENIED and the Complaint is DISMISSED pursuant to 28 U.S.C. §1915(e)(2).

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 5/25/06