UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JOSEPH RANDALL<br><br>v.<br><br>FBI, ET AL. | C.A. No. 06-221S |

**ORDER**

The Report and Recommendation of United States Magistrate David L. Martin filed on May 17, 2006, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Application to Proceed Without Payment of Fees is DENIED and the Complaint is DISMISSED pursuant to 28 U.S.C. §1915(e)(2).

By Order,

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: 5/25/06