AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JOSEPH RANDALL

v.

FBI and MONTGOMERY COUNTY PD

## JUDGMENT IN A CIVIL CASE

Case Number: C.A. NO. 06-221S

**Jury Verdict.**

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**JUDGMENT IS HEREBY ENTERED IN FAVOR OF DEFENDANTS, FBI and MONTGOMERY COUNTY PD, AGAINST PLAINTIFF, JOSEPH RANDALL, PURSUANT TO THIS COURT'S ORDER ENTERED ON THIS DATE, DISMISSING PLAINTIFF'S COMPLAINT PURSUANT TO 28 U.S.C. §1915(e)(2).**

May 26, 2006
Date

Clerk
ALBA-SUE MERCURIO
(By) Deputy Clerk