(In the case of)

C.A. No. 06-221S

Joseph Randall v. FBI and Montgomery County PD. Et Al.

I, Joseph Randall am appealing the ruling set Forth by David L. Martin united States magistrate. And the Findings entered into the united States District Court by Judge. William E. Smith. I Find the ruling to be bias and Find no legal grounds in which my case should be dismissed. I exercise my right to have a hearing, and to speak to the Court on my behalf. I also reserve my right to be present at any, and all, proceedings regarding my case.

[signature] 5/30/06

Joseph Randall
23 Earl St. Providence, RI. 02907

DISTRICT OF RHODE ISLAND
DISTRICT COURT
2006 JUN -1 P 3: 3d
FILED