CA:06-221
J. Smith

# MANDATE

# United States Court of Appeals
## For the First Circuit

---

No. 06-1886

JOSEPH RANDALL,

Plaintiff, Appellant,

v.

FBI and MONTGOMERY COUNTY P.D.,

Defendants, Appellees.

---

Before

Torruella, Lynch, and Howard, Circuit Judges.

---

JUDGMENT

Entered: August 28, 2006

After reviewing Appellant's brief on appeal and record in the district court, we find the complaint and appeal to be frivolous under 28 U.S.C. §1915(e)(2)(B)(i). *See* Neitzke v. Williams, 490 U.S. 319, 325, 109 S.Ct. 1827, 104 L.Ed.2d 338 (1989). Therefore, we deny Appellant's request to proceed *in forma pauperis* and summarily affirm the judgment of dismissal.

Affirmed.

By the Court:

Richard Cushing Donovan, Clerk

MARGARET CARTER

By: ______________________
Chief Deputy Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Linda Barry
Deputy Clerk

Date: OCT 19 2006

[cc: Mr. Randall]